IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2006 JAN -9  A  9: 53

AIS- 234686

Justin Noel Cochran                        )
_____         )
**Full name and prison number**            )
**of plaintiff(s)**                        )
                                           )
                                           )
v.                                         )
                                           )    CIVIL ACTION NO. 3:06cv17·T
Lee County Jail                            )    (To be supplied by Clerk of
_____         )    U.S. District Court)
2311 Gateway DR                            )
_____         )
Opelika, AL                                )
_____         )
          36801                            )
_____         )
                                           )
                                           )
_____         )
**Name of person(s) who violated**         )
**your constitutional rights.**            )
**(List the names of all the**             )
**persons.)**                              )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES (   )  NO (✗)

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES (   )  NO (✗)

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:·

                  Plaintiff(s) _____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if
                  state court, name the county) _____

                  _____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (for example:  Was the case dismissed?
      Was it appealed?  Is it still pending?) _____

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.    PLACE OF PRESENT CONFINEMENT   Lee County Jail

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_____ Lee County Jail _____

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
       CONSTITUTIONAL RIGHTS.

             NAME                        ADDRESS

1.  Lee County Jail       2311 Gateway DR, Opelika, AL 36801

2.  _____

3.  _____

4.  _____

5.  _____

6.  _____

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED From November

Fourth Two Thousand + Five, And Still Going _____

V.     STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
       THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   The Housing Conditions That I Have

To Be in. Conditions That A State Inmate Does →

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

→ NOT HAVE TO BE HOUSED IN, IN A STATE FACILITY. I'M JUST A PAROLE VIOLATOR FOR A MISDE-

-MEANOR FACTS: SPRINKLER HEADS PAINTED OVER, DRAINS STOPPED UP. MOLD IN AIR VENTS, ON WALLS, CEILING, SHOWER, INMATES ON FLOOR, NOT MEETING PROPER FEEDING MENU.

GROUND TWO: NO PROPER RECREATIONAL AREA OR Fitness Equipment, or Grooming

SUPPORTING FACTS: Only Allowed To Go outside once or Twice a week IF OFFICERS HAVE Time. NO HAIRCUTS. WHEN A HAIRCUT IS OFFERED THE Clippers Are NOT Cleaned AFTER THE LAST person WAS cut Before your Turn comes.

GROUND THREE: Cleaning Chemicals + utensils

SUPPORTING FACTS: One Five GAllon Bucket with Possibley Bleach or Pin-Sol inside Bucket and one Brush. This HAS To Be used For Shower, Sinks + Toilets. one mop + mop Bucket, one Broom AND DUST PAN.

NOTE: THE BAG HAS MOLD FROM SHOWER AREA. Also vents AND OTHER PLACES ARE COVERED IN THE SAME MOLD.

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

TRANSFER ME BACK TO A STATE FACILITY
WHERE PROPER PROCEDURE IS MET EVERYDAY.
I JUST WANT TO BE ABLE TO LIVE IN A CLEAN FACILITY
IF IM INCARCERATED.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on ____01-05-2006____.
                    (Date)

_____
Signature of plaintiff(s)

4