ATTACHED ZIPLOC BAG CONTAINING EVIDENCE OF MOLD/ FUNGUS IS NOT SCANNED.

IT IS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.