IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTER DIVISION

_____

JUSTIN NOEL COCHRAN            *

    Plaintiff,                  *

    v.                          *           3:06-CV-17-MHT
                                            (WO)
LEE COUNTY JAIL                *

    Defendant.                  *

_____

**ORDER**

Plaintiff is incarcerated in the Lee County Detention Center located in Opelika, Alabama. He files the instant 42 U.S.C. § 1983 action complaining that the conditions of confinement in the detention center are unconstitutional. Plaintiff names the Lee County Jail as the sole defendant.

Plaintiff's complaint has been accepted for filing. His complaint against the Lee County Jail, however, may not go forward as this entity is not subject to suit or liability in a complaint filed under 42 U.S.C. § 1983. *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). Therefore, before further proceedings in this matter are conducted, the court deems it appropriate to direct Plaintiff to amend his complaint to name the person(s) responsible for the alleged violation of his constitutional rights.

Accordingly, it is ORDERED that:

1. On or before January 25, 2006 Plaintiff shall file an amendment to his complaint as directed herein. Plaintiff is forewarned that his failure to file an amended complaint in compliance with the directives contained in this order will result in a Recommendation that this action be dismissed without further notice from the court;

2. Plaintiff's amended complaint should specifically describe how each individual identified as a defendant to this action violated his constitutional rights. In his response to this order, Plaintiff must **separately** list each defendant and delineate by his/her name the actions and/or conduct which Plaintiff contends violated his constitutional rights. Additionally, Plaintiff shall set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the amendment should be **simple, concise and direct**. *See* Rule 8, *Federal Rules of Civil Procedure.*

Done this 11th day of January 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE