IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTER DIVISION

_____

| | | |
|---|---|---|
| JUSTIN NOEL COCHRAN | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-17-MHT |
| | | (WO) |
| LEE COUNTY JAIL | * | |
| Defendant. | * | |

_____

**ORDER**

Plaintiff filed the above-captioned action on January 9, 2006. He attached to the complaint a Ziploc® bag containing what he alleges to be "mold from shower area." (Doc. No. 1, pg. 3.) Because Plaintiff's evidentiary submission is premature at this stage of the proceedings, the court shall direct the clerk to return it to Plaintiff.

Accordingly, the Clerk of Court is DIRECTED to forthwith return to Plaintiff the Ziploc® bag and its contents.

Done this 11th day of January 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE