IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JUSTIN NOEL COCHRAN | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-17-MHT |
| | | (WO) |
| LEE COUNTY JAIL | * | |
| Defendant. | * | |

_____

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on February 1, 2006 (Doc. 6), that this case be dismissed without prejudice for the plaintiff's failure to comply with the order of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 24th day of February, 2006.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE