IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JUSTIN NOEL COCHRAN | * |
| Plaintiff, | * |
| v. | *    3:06-CV-17-MHT |
| | (WO) |
| LEE COUNTY JAIL | * |
| Defendant. | * |

_____

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on February 1, 2006 (Doc. 6), is adopted.

(2) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 24th day of February, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE